No. 10–11042. McNEAL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–11044. LATHROP v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–11045. KOEPNICK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11046. McSWAIN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 10–11048. WALKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–11049. WEEDEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–11050. TELLEZ-ARAUJO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–11051. WILKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–11052. TYNER v. MARYLAND. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 10–11053. PENA-MANZANAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11057. JARVIS v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 10–11058. TOURE v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 10–11059. WOLTZ v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 10–11060. JONES v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–11061. SULECKI v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.